**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**ALEXANDRIA DIVISION**

**RAVIKUMAR GIRISHBHAI PATEL**            **CASE NO.  1:26-CV-01230 SEC P**

**VERSUS**                                **JUDGE ROBERT R. SUMMERHAYS**

**E. GARCIA, ET AL.**                     **MAGISTRATE JUDGE DAVID J. AYO**

## JUDGMENT

For the reasons set forth in the Report and Recommendation of the Magistrate Judge, after a de novo review of the record, and noting the lack of objections filed,

IT IS HEREBY ORDERED that the Petition for Habeas Corpus is DISMISSED without prejudice.

THUS DONE in Chambers on this 20th day of July, 2026.

_____
ROBERT R. SUMMERHAYS
UNITED STATES DISTRICT JUDGE